# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

| | |
|---|---|
| GENE HUFF, KATHERINE HUFF, AND BERTHA LAMBERT, | PLAINTIFFS, |
| VS. | CIVIL ACTION NO. 2:04CV264-P-B |
| AMANDA L. HUSTON, | DEFENDANTS. |

## FINAL JUDGMENT

This matter comes before the court upon Joint Motion of Dismissal [27-1] in which all parties have stipulated to a dismissal all of the plaintiffs' claims with prejudice. Upon due consideration of the motion, the court finds that same should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The Joint Motion of Dismissal [27-1] is hereby **GRANTED**; accordingly,

(2) All of the plaintiffs' claims are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 8th day of September, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE